UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-23084**

C.H. ROBINSON WORLDWIDE, INC.,
a foreign corporation,

Plaintiff,

**CIV-SEITZ**

vs.

MAGISTRATE JUDGE
O'SULLIVAN

COMPANIA SUD AMERICANA DE
VAPORES S.A., a foreign corporation,

Defendant.

FILED by AJS
INTAKE

OCT 14 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. MIAMI

_____/

## COMPLAINT

Plaintiff, C.H. ROBINSON WORLDWIDE, INC. ("ROBINSON") sues Defendant, COMPANIA SUD AMERICANA DE VAPORES S.A. and ("COMPANIA") and alleges:

1. Plaintiff is a foreign corporation with its principal place of business in Eden Prairie, Minnesota. At all times material, Plaintiff maintained an office in Miami-Dade County, Florida.

2. At all times material, Defendant, COMPANIA, was and is a foreign corporation doing business in Miami-Dade County as a common carrier of goods by water for hire and was the ocean carrier of the subject merchandise as further described below.

3. COMPANIA is subject to the jurisdiction of the Courts of this state, and, at all times material hereto, personally or through an agent:

   (a) Operated, conducted, engaged in or carried on a business venture in this state and/or county or had an office, agents, or agency in this state and/or county; had a base of operations for its vessels in this state and/or country, engaged in or carried on a business venture in this state and/or county;

   (b) Were engaged in substantial activity within this state;



(c)     Operated vessels in the waters of this state;

(d)     Committed one or more of the acts stated in Florida Statutes, §§48.081, 48.181 or 48.193;

4. COMPANIA engaged in substantial and not isolated activity within this state, including, but not limited to:

(a)     Owning, operating, managing, maintaining, and/or controlling several ships in the ports of this state on a regular basis;

(b)     Accepting and delivering cargo in this state;

(c)     Collecting freight for transportation in or through this state;

(d)     Engaging, and/or operating through agents within this state.

5. This action arises out of the shipment of certain produce, Bartlett Pears.

6. Jurisdiction in this Court is proper pursuant to 28 U.S.C. §1331; 46 U.S.C. §1300 *et seq.* (the Carriage of Goods by Sea Act).

7. All conditions precedent have been performed, waived, and/or excused.


## COUNT I (BREACH OF CONTRACT)
### Bill of Lading No. PCA786553

8. Plaintiff realleges and reasserts paragraphs one through seven as is fully alleged herein.

9. ROBINSON and COMPANIA entered into a contract whereby COMPANIA would ship pears to ROBINSON's customer in Santos, Brazil. Pursuant to this contact, ROBINSON issued invoice no. CHR SO 1781388.

10. COMPANIA provided a 40 ft. refrigerated container, container no. CRLU 1268200, for shipping the pears.



11. One thousand one hundred seventy-six (1176) cartons of Bartlett pears were loaded into COMPANIA's container in good condition.

12. On or about September 29, 2008, container no. CRLU 1268200 was transported aboard COMPANIA's ship.

13. Upon arrival and inspection in Santos, Brazil, it was discovered that due to variation in transit temperatures as evidenced by the refrigerated container's temperature recorder, the shipment of pears was damaged, spoiled, and/or unsuitable.

14. COMPANIA was immediately notified of the condition of the fruit on arrival and a joint inspection was held.

15. COMPANIA breached its contract of affreightment by failing to deliver the cargo in Santos, Brazil, in the same good order and condition as when first received.

16. The loss occurred while the cargo was in the care, custody, and/or control of COMPANIA.

17. Spoilation of the shipment is directly attributable to the failure of the reefer unit on COMPANIA container no. CRLU 1268200 to maintain the set temperature as requested by ROBINSON and incorporated into the Bill of Lading.

18. As a direct and proximate result of COMPANIA's breach of contract, Plaintiff has sustained damages and incurred expenses.

**WHEREFORE,** PLAINTIFF demands judgment for damages against COMPANIA for damages, together with interest, costs of Court, and such other and further relief as this Honorable Court deems necessary and proper.



## COUNT II (BREACH OF CONTRACT)
### Bill of Lading No. PCA786546

19. Plaintiff realleges and reasserts paragraphs one through seven as is fully alleged herein.

20. ROBINSON and COMPANIA entered into a contract whereby COMPANIA would ship pears to ROBINSON's customer in Santos, Brazil. Pursuant to this contact, ROBINSON issued invoice no. CHR SO 1781468.

21. COMPANIA provided a 40 ft. refrigerated container, container no. CRLU 7222546, for shipping the pears.

22. One thousand one hundred seventy-six (1176) cartons of Bartlett pears were loaded into COMPANIA's container in good condition.

23. On or about September 29, 2008, container no. CRLU 7222546 was transported aboard COMPANIA's ship.

24. Upon arrival and inspection in Santos, Brazil, it was discovered that due to variation in transit temperatures as evidenced by the refrigerated container's temperature recorder, the shipment of pears was damaged, spoiled, and/or unsuitable.

25. COMPANIA was immediately notified of the condition of the fruit on arrival and a joint inspection was held.

26. COMPANIA breached its contract of affreightment by failing to deliver the cargo in Santos, Brazil, in the same good order and condition as when first received.

27. The loss occurred while the cargo was in the care, custody, and/or control of COMPANIA.

28. Spoilation of the shipment is directly attributable to the failure of the reefer unit on COMPANIA container no. CRLU 7222546 to maintain the set temperature as requested by ROBINSON and incorporated into the Bill of Lading.



29. As a direct and proximate result of COMPANIA's breach of contract, Plaintiff has sustained damages and incurred expenses.

**WHEREFORE,** PLAINTIFF demands judgment for damages against COMPANIA for damages, together with interest, costs of Court, and such other and further relief as this Honorable Court deems necessary and proper.

**DATED** this 14 day of October, 2009.

Respectfully submitted,

**McALPIN CONROY, P.A.**
Attorneys for Plaintiffs
80 S.W. 8TH Street, Suite 2805
Miami, Florida 33130
Telephone: (305) 810-5400
Facsimile: (305) 810-5401

By: _____
MICHAEL E. CONROY
MConroy@McAlpinConroy.com
Florida Bar No. 0845434
CRAIG P. LISZT
CLiszt@McAlpinConroy.com
Florida Bar No.: 063414



%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

**09-23084**

### I. (a) PLAINTIFFS
C.H. ROBINSON WORLDWIDE, INC.

**CIV - SEITZ**

### DEFENDANTS
COMPAÑIA SUDAMERICANA DE VAPORES S.A.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**MAGISTRATE JUDGE**
**O'SULLIVAN**

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael E. Conroy, Esq., McAlpin Conroy, P.A., 80 S.W. 8 Street #2805, Miami Fl, 33130. T:305-810-5400/F:305-810-5401.

FILED by _JSS_ D.C.
INTAKE
OCT 14 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Attorneys (If Known)

09-CV-23084 — Seitz/O'Sullivan

(d) Check County Where Action Arose: ✓ MIAMI-DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ■ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 530 General | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C.§1331; 46 U.S.C.§ 1300
LENGTH OF TRIAL via ____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD _[signature]_
DATE 10/14/09

FOR OFFICE USE ONLY
AMOUNT $350.   RECEIPT # 100996

10/14/09